JOHN ROBINSON, Respondent, *v.* NORTH MISSOURI RAILROAD Appellant.

*Supreme Court — Practice—Final Judgment—Transcript.*— Stricken from the docket, the transcript not containing the record, but only the bill of exceptions, and thus not showing any final judgment in the cause.

*Appeal from Audrain Circuit Court.*

*John C. Orrick*, for appellant.

FAGG, Judge, delivered the opinion of the court.

In this case there is simply a bill of exceptions, without a transcript of the record of the court below. There is consequently no proper evidence of the fact that a final judgment in the cause has ever been rendered, or that an appeal was taken. The cause will therefore be stricken from the docket. The other judges concur.